Commonwealth *v.* Oakes, Appellant.

Argued

June 11, 1974. *Jon J. Auritt,* for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *John G. Siegle* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS and PRICE, JJ., absent.